PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☑ Superseding Indictment ☐ Defendant Added ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Elizabeth Nemeth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Emily K. Greenfield

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Matt Myles, Special Agent, EPA-CID

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____
MAG. JUDGE CASE NO. _____

**Place of offense:** Orleans Parish County

---

CASE NO. 15-197 "H"

USA vs.
**Defendant:** DON MOSS

**Address:** Attorney for Don Moss
Walter Becker
1100 Poydras St., Ste 2300
New Orleans, LA 70163

☐ Interpreter Required Dialect: _____

Birth Date: 1969  ☑ Male ☐ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-9621

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Walter Becker
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4 (for this defendant only)

| Offense Level (1, 3, 4) (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Title & Section/ | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 43 USC 1350(c)(1) | The Outer Continental Shelf Lands Act | 9, 10, 11 |
| 4 | 33 USC 1319(c)(1)(A), 1321(b)(3) | Clean Water Act | 12 |