UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| CHRISTOPHER SRUBAR | |

**NOTICE OF REARRAIGNMENT**

Take Notice that this criminal case has been set for REARRAIGNMENT on **TUESDAY, JANUARY 29, 2019 at 10:00 A.M.** before U.S. DISTRICT JUDGE LANCE M. AFRICK, Federal Courthouse, Courtroom C427, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: January 23, 2019

TO:
**Christopher Srubar** (On Bond)

COUNSEL:
Steven Lemoine, Attorney at Law
4240 Canal St.
New Orleans, LA 70119
Email: SteveLem@aol.com

WILLIAM W. BLEVINS, CLERK

by:   **Erin Mouledous/Bridget Gregory**
         Case Manager

AUSA:  EMILY KATHERINE GREENFIELD
             KENNETH E. NELSON
             NICHOLAS D. MOSES
             SAMUEL LORD

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:
_____NONE_____

Myles.Matthew@epa.gov