UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| CHRISTOPHER SRUBAR | |

**NOTICE OF SENTENCING**

Take Notice that this criminal case has been set for SENTENCING on **APRIL 25, 2019 at 9:30 A.M.** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: January 29, 2019 | WILLIAM W. BLEVINS, CLERK |
| TO:<br>**Christopher Srubar** (On Bond) | by: **Erin Mouledous**<br>     **Case Manager** |
| COUNSEL:<br>Steven Lemoine, Attorney at Law<br>4240 Canal St.<br>New Orleans, LA 70119<br>Email: SteveLem@aol.com | AUSA:  EMILY KATHERINE GREENFIELD<br>        KENNETH E. NELSON<br>        NICHOLAS D. MOSES<br>        SAMUEL LORD |
| | U.S. Marshal |
| | U.S. Probation Office - U.S. Pretrial Services |
| | FOREIGN LANGUAGE INTERPRETER:<br>     NONE |
| | Myles.Matthew@epa.gov |